BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK L. MORRIS** ) | Case No. CIV-08-1889 CMK |
| ) | |
| **Plaintiff,** ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. ) | |
| **MICHAEL J. ASTRUE** ) **Commissioner of Social Security** ) **of the United States of America,** ) | |
| **Defendant.** ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 17, 2009 to May 8, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through April of 2009.

/ / / /

/ / / /

/ / / /

Dated: February 17, 2009        */s/Bess M. Brewer*
                                BESS M. BREWER
                                Attorney at Law

                                Attorney for Plaintiff


Dated: February 17, 2009        Lawrence G. Brown

                                Acting United States Attorney

                                /s/ *Elizabeth Firer*
                                ELIZABETH FIRER
                                Special Assistant U.S. Attorney
                                Social Security Administration

                                Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: February 19, 2009

                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE

2