IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK L. MORRIS, | No. CIV S-08-1889-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On May 28, 2009, the court directed plaintiff to show cause why this action should not be dismissed for his failure to prosecute. Plaintiff has responded to the order to show cause by stating that a stipulation for an extension of time to file a motion for summary judgment was "prepared but apparently never filed." Plaintiff seeks an extension of time to June 30, 2009, to file his motion for summary judgment and indicates that defendant does not object to the extension.

/ / /

/ / /

1 | Good cause appearing therefor, the order to show cause is discharged and the time
2 | to file plaintiff's motion for summary judgment is extended to June 30, 2009.
3 | IT IS SO ORDERED.
4
5 | DATED: May 29, 2009
6
7 | _____
  | **CRAIG M. KELLISON**
  | UNITED STATES MAGISTRATE JUDGE