1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8937
      Facsimile: (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
10
                     SACRAMENTO DIVISION
11

12 MARK MORRIS,                    )
                                   )      CIVIL NO. 2:08-CV-01889-CMK
13        Plaintiff,               )
                                   )
14        v.                       )      STIPULATION AND ORDER
                                   )
15 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
16 Social Security,                )
                                   )
17        Defendant.               )
                                   )
18 _____ )

19
        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20
   attached Order, that Defendant shall have a FIRST extension of time of up to and including September
21
   18, 2009, to respond to Plaintiff's motion for summary judgment.  This request is due to an unexpected
22
   increase to an already heavy work load on the part of the undersigned attorney for the Commissioner.
23
   For the months of June and July, she has been responsible for briefing in approximately 26 district court
24
   cases and 2 appellate cases.  Further, she has the responsibility to draft the Commissioner's
25
   recommendation to the Solicitor General for a writ of certiorari in Vasquez v. Astrue, 547 F.3d 1101
26
   (9th Cir. 2008) after the July 9, 2009, decision of the Ninth Circuit declining en banc review.  This task
27
   was unpredictable and involves extremely tight and unavoidable deadlines.
28
        The undersigned attorney for the Commissioner's heavy schedule has been occasioned, in large

part, by staffing shortages in the Commissioner's regional office.  The Commissioner's Office of

Regional Chief Counsel recently experienced sudden departures of four senior attorneys, two of whom

accepted positions as administrative law judges, which provided only a short time between the offer

dates and starting dates.  Also, one senior attorney is on extended emergency medical leave, another

senior attorney is on extended paternity leave, and a third senior attorney is currently working part-time

due to the serious medical condition of a family member.  Due to this, the attorneys in this office have

experienced an unanticipated increase in workload due to office restructuring and reassignment of over

250 district court cases and approximately 20 Ninth Circuit appeals.  The shortage of attorneys able to

readily brief cases has eliminated reassigning cases as a method of avoiding extensions.  Counsel will

also be out of the office from August 5-10, 2009, in order to attend a family wedding.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 3, 2009                    /s/ *Bess Brewer*
                                         (As authorized via email)
                                         BESS BREWER
                                         Attorney for Plaintiff

Dated: August 3, 2009                    LAWRENCE G. BROWN
                                         Acting United States Attorney
                                         LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration


                                         /s/ *Elizabeth Firer*
                                         ELIZABETH FIRER
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant


                                   ORDER

        APPROVED AND SO ORDERED.

     DATED: August 5, 2009

                                         _____
                                         CRAIG M. KELLISON
                                         UNITED STATES MAGISTRATE JUDGE