```
LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone:  (415) 977-8937
     Facsimile:  (415) 744-0134
     E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARK MORRIS,           )<br>                       )<br>     Plaintiff,     )<br>                       )<br>          v.          )<br>                       )<br>MICHAEL J. ASTRUE,     )<br>  Commissioner of      )<br>  Social Security,     )<br>                       )<br>     Defendant.        )<br>_____) | CIVIL NO. 2:08-CV-01889-CMK<br><br>STIPULATION AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 30 days up to and including October 16, 2009, to respond to Plaintiff's motion for summary judgment.  The undersigned attorney for the Commissioner makes this request due to a heavy work load over the past 4 weeks that has included briefing in 10 district court cases, an unextendable appellate brief and unpredictable and also unextendable work on the Commissioner's recommendation to the Solicitor General for a writ of certiorari in <u>Vasquez v. Astrue</u>, 547 F.3d 1101 (9th Cir. 2008).  The undersigned attorney for the Commissioner was unable to complete the Commissioner's brief within the time granted by this Court in the previous extension.

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 21, 2009

/s/ *Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: September 21, 2009

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  September 22, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE